Sandra TEEGARDEN, Petitioner–
Appellant,

v.

Ronald J. ANGELONE, Respondent–
Appellee.

No. 01–6214.

United States Court of Appeals,
Fourth Circuit.

Submitted July 31, 2001.

Decided Aug. 21, 2001.

Sandra Teegarden, pro se.

Before WILLIAMS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

PER CURIAM.

Sandra Teegarden seeks to appeal the
district court's order denying relief on her
petition filed under 28 U.S.C.A. § 2254
(West 1994 & Supp.2000). We have re-
viewed the record and the district court's
opinion and find no reversible error. Ac-
cordingly, we deny a certificate of appeala-
bility and dismiss the appeal on the rea-
soning of the district court. *Teegarden v.
Angelone* No. CA–00–993–7 (W.D.Va. Jan.
19, 2001). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*DISMISSED.*